[No. 15268–8–I. Division One. April 23, 1986.]

THE STATE OF WASHINGTON, *Respondent,* v. KENNETH
C. SCHMIDT, JR., *Appellant.*

Appeal from a judgment of the Superior Court for King

County, No. 84-1-00245-6, Charles V. Johnson, J., entered July 24, 1984. *Affirmed in part* and *vacated* by unpublished opinion per Swanson, J., concurred in by Scholfield, C.J., and Johnsen, J. Pro Tem.